# United States District Court

_____ DISTRICT OF _____

UNITED STATES OF AMERICA

v.

JUAN AGUILERA-ZURITA

WAIVER OF PRELIMINARY
EXAMINATION OR HEARING
(Rule 5 or 32.1, Fed. R. Crim. P.)

Case Number: 07-07M-MPT

I, __JUAN AGUILERA-ZURITA__, charged in a (complaint) (petition) pending in this District with __ILLEGAL RE-ENTRY__ in violation of Title __8__, U.S.C., __1326(a) & (b)(2)__, and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary (examination) (hearing), do hereby waive (give up) my right to a preliminary (examination) (hearing).

_____
Defendant

January 16, 2007
Date

_____
Counsel for Defendant

FILED
JAN 16 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE